540

*Allen* for petitioner. *Messrs. Clyde A. Douglass* and *Robert N. Simms* for respondent.

No. 638. ERIE R. CO. *v.* DIDSBURY. February 23, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. George S. Hobart* for petitioner. *Messrs. Thomas G. Haight* and *John A. Hartpence* for respondent.

No. 640. DULION *v.* S. A. LYNCH ENTERPRISE FINANCE CORP. February 23, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Winfield P. Jones* for petitioner. *Mr. Robert C. Alston* for respondent.

No. 641. CRANDALL *v.* HABBE, SHERIFF. February 23, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. George T. Buckingham* for petitioner. *Messrs. Ashby M. Warren* and *John D. Welman* for respondent.

No. 648. WOLFE *v.* PRUDENTIAL INSURANCE CO. February 23, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Ralph F. Lozier* for petitioner. *Messrs. Henry I. Eager* and *Charles M. Blackmar* for respondent.

No. 651. CORKER *v.* HOWARD, RECEIVER. February 23, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Blair Fos-*